**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Christina Calzetta,<br><br>            Plaintiff,<br>v.<br><br>FH Cann & Associates, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.:  1:11-cv-12179-JGD<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 4, 2012

                Respectfully submitted,

                PLAINTIFF, Christina Calzetta

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq.
                B.B.O. No.: 650671
                **LEMBERG & ASSOCIATES L.L.C.**
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 4, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg_____

              Sergei Lemberg